COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                SUPREME JUDICIAL COURT
                                            FOR SUFFOLK COUNTY
                                            NO: BD-2007-091

IN RE: SHAUN MICHAEL ELLIS

## JUDGMENT ACCEPTING AFFIDAVIT OF RESIGNATION AS A DISCIPLINARY SANCTION

This matter came before the Court, Ireland, J., on an Affidavit of Resignation submitted by Shaun Michael Ellis pursuant to S.J.C. Rule 4:01, sec. 15(2), with the Recommendation and Vote of the Board of Bar Overseers filed by the Board on April 16, 2009. Upon consideration thereof, it is ORDERED and ADJUDGED that:

The Affidavit of Resignation of SHAUN MICHAEL ELLIS be accepted as a disciplinary sanction effective immediately upon the entry of this Judgment, and the lawyer's name is forthwith stricken from the Roll of Attorneys.

By the Court, (Ireland, J.)

Maura S. Doyle, Clerk

Entered: April 28, 2009

A True Copy
Attest:
Date: 4-28-09
Assistant Clerk